IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
FACEBOOK USER ID:

**100013758183556**

THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK

Case No. ___7:20mj18___

**Filed Under Seal**

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Shawn O. Cox, a Special Agent (SA) with the Federal Bureau of Investigation, being

duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of an application for a search warrant for

information associated with a certain Facebook user ID that is stored at premises owned,

maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company

headquartered in Menlo Park, California.  The information to be searched is described in the

following paragraphs and in Attachment A.  This affidavit is made in support of an application for

a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require

Facebook to disclose to the government records and other information in its possession pertaining

to the subscriber or customer associated with the user ID, including the content of the subscriber's

or customer's account.

2.    I am a Special Agent with the Federal Bureau of Investigation.  As such, I am a

"federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure

1

41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

3.      Specifically, I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since January 2018. Previously the affiant was employed as a Police Officer for 10 years in Virginia.  I received initial training and instruction to become a Special Agent at the FBI Academy located in Quantico, Virginia, which included training concerning violations of the United States criminal statutes. I am currently assigned to the Richmond Division of the FBI, Roanoke Resident Agency. I am presently and have been previously assigned to investigate a variety of criminal matters, to include violent criminal acts, gangs, and drug investigations.  Further, I have experience and training in a variety of investigative and legal matters, including the topics of lawful arrests, the drafting of search warrant affidavits, and probable cause.  While serving within my capacity at the FBI, I have authored search warrants concerning various federal criminal violations.  I have investigated cases where electronic communications, to include social media platforms and cellular telephones, have played an integral role in the investigations.  Through experience and training received, I have become familiar with how the usage of electronic devices and social media applications has become commonplace throughout the "criminal world." I am also aware that information stored at the service provider facilities and on cellular devices themselves can assist law enforcement in criminal investigations.

4.      The facts in this affidavit come from my own investigation, observations, training and experience, and from information obtained from other law enforcement officers and witnesses, including members of the gang under investigation and their associates.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

2

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 1961-1968 (Racketeering Influenced Corrupt Organizations Act, "RICO"); Title 18, United States Code, Section 1959 (Violent Crimes in Aid of Racketeering VICAR); and Title 18, United States Code, Sections 922 (Felon in Possession) and 924 (Use of Firearm in Furtherance of a Drug Trafficking Crime or Crime of Violence) and Title 21 United States Code Sections 846 and 841 are being committed by the individual listed herein or other individuals he associates with through gang activity. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband, or fruits of these crimes, as described in Attachment B.

## TECHNICAL BACKGROUND ON FACEBOOK

6.      Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

7.      Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

8.      Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual

Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

9.      Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

10.     Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

4

11.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video.  It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

12.     Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account.  Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

13.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

14.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

15.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

5

16.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

17.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

18.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

19.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

20.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like

Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

21.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation.  Additionally, Facebook builds geo-location into some of its services.  Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other.  This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner.  Last, Facebook account

7

activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation.  For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

22.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## THE BLOODS OF ROANOKE, VIRGINIA

23.     The Bloods are a national gang which was founded in South Central Los Angeles in the 1970's as a response to the rise and dominance of the Crips street gang.  The Bloods are known for violent acts including robbery and murder.  Blood members are known to frequently wear the color red and utilize different hand signs to signify membership in the gang.  Subsidiary groups, or "sets," exist within the Bloods.

24.     The Roanoke "Blood Gang" is comprised of various neighborhood "sets" and affiliates which are suspected to operate in conjunction with one another to further the greater Blood Gang enterprise.  Some, but not all, of the "Blood Gang" sets in operation in the Roanoke area are as follows: "17th St.," "Melrose," "8th.St.,""Ave. Boy Gang (ABG)," and "Lincoln Terrace Projects (LTP)." Law enforcement has documented numerous encounters where members from different sets are riding in vehicles together and interacting with one another.  These "Blood Gang" sets tend to follow organizational structures set up by national Blood sets such as Piru or Brim, but recruit and operate primarily within the greater Roanoke area.  Through source reporting and law

enforcement investigation it has been learned that some of the sets work together. As part of this investigation, law enforcement is trying to determine which of these sets operate independently or in conjunction with one another, in committing crimes that further the Bloods criminal enterprise. Since it is believed that members of these Roanoke "Blood Gang" sets are closely associated, overlap, and act similarly, this affidavit will hereinafter refer to them collectively as "Blood" or "Bloods" unless a specification to a set becomes necessary for purposes of establishing probable cause.

25.     The Roanoke Bloods boasts a growing membership of individuals named as potential suspects in various acts of violence, weapons law violations, the manufacturing/transportation/sale of narcotics, and the recruiting of high school students for membership. The Roanoke City Police Department's crime analysis unit, iStar, has identified several Roanoke Blood members as suspects in crimes of violence and active shooting investigations. Documented instances of crimes of violence involving Blood members in Roanoke spans many years. Recently Blood members, or their associates, have engaged in criminal activities to include homicide, drug manufacturing and trafficking, fraud, armed robbery, commercial robbery, and other offenses. Based upon this information it is believed that the Bloods and their members are believed to have committed, and continue to commit, violations of federal criminal statutes including the following:

    a.  Title 18, United States Code, Sections 1961-1968 (RICO);

    b.  Title 18, United States Code, Section 1959 (VICAR);

    c.  Title 18, United States Code, Section 922(g) (Possession of Firearms by Prohibited Persons); and

    d.  Title 18, United States Code, Section 924(c) (Use of Firearm in Furtherance of a Drug Trafficking Crime or Crime of Violence);

    e.  Title 21, United States Code, Sections 846 and 841 (Conspiracy to and the Distribution of Narcotics).

26.    During the course of this investigation, the FBI has gathered evidence regarding the nature, scope, structure, and activities of the Bloods. The sources of evidence include the following:

    a.  Review of various Facebook accounts maintained by gang members and associates obtained pursuant to open account review;

    b.  Review of historical criminal activity of gang members and associates, such as police reports and court records;

    c.  Jail calls between gang members and associates; Evidence obtained from cellphone search warrants; and

    d.  Interviews with current gang members and associates.

27.    The Bloods are a violent criminal street gang operating in the Roanoke, Virginia area in the Western District of Virginia. To date, the investigation into the Bloods has revealed the following information:

    a.  The Bloods are among one of the most violent criminal organizations currently operating in the Roanoke area. According to investigations by law enforcement, the Bloods have committed various violent crimes, including armed burglary, robbery, shootings of rival gang members, assaults, homicides, and witness intimidation.

b.  In addition to their violent criminal activity, the Bloods derive income from drug distribution and sales of stolen firearms and property.

c.  The Bloods operate within a defined geographic territory within Roanoke. It is believed that the Bloods are trying to maintain control over their territory.

d.  Members are initiated through "beat ins" that typically consist of a thirty-one second beating by multiple gang members.  A member can also be "blessed in" by doing a predetermined crime or list of crimes, such as a murder or a series of robberies.

e.  As is typical with street gangs, the Bloods commonly utilize a variety of unifying marks, manners, and identifiers, including "gang signs," which refer to hand gestures and tattoos that are specific to the gang organization. These insignia include the 5-point star, which shows a relation to the People Nation (a well-documented organization consisting of a combination of street gangs including Bloods).  The Bloods often identify themselves by using one hand to form a "b," this is believed to show they are members of a Bloods gang. The Bloods also identifies themselves with the color red, as is typical with Bloods gangs nationally.

f.  The Bloods operate under a hierarchy and leadership structure.  Generally, members are ranked based on seniority within the gang, amount of individual criminal activity, and other contributions to the gang.  Members advance within the leadership structure.  Different "positions" within the gang have different names, such as "one-star" or "002," which indicates the

level that person holds within the gang structure. Each set has an identified leader at the top of the hierarchy.

g.  The Bloods function according to a set of rules contained in "books of knowledge." The "books of knowledge" describe such things as the leadership structure, codes, regulations (called "Dos and Don'ts"), and expectations of gang members.

h.  The Bloods frequently possess firearms, including handguns and assault-style rifles. As is typical with street gangs, the Bloods show themselves brandishing these weapons in publicly available videos and in photographs on social media, such as Facebook, in order to promote the gang's violent and intimidating image. The Bloods also use social media as a recruitment tool.

28.  Because of their gang association and participation in various violent crimes, numerous Blood members and their associates are currently under investigation, and there is reasonable suspicion to believe the requested records will be relevant and material to the ongoing criminal investigation of the gang itself and of the aforementioned offenses.

## THE BLOODS AND FACEBOOK

29.  During the course of this investigation (and in related Bloods investigations), we have learned and observed that the Bloods and their associates regularly use Facebook in the following ways: as a means of recruitment; taking credit for violent incidents; communicating with one another about their criminal behavior; promoting the image of the gang; honoring those who are incarcerated; and scheduling gang meetings.

30.    In similar investigations I have learned from Blood gang members that they use the Facebook Messenger portion of Facebook to communicate directly with other gang members to coordinate criminal activity, share information about a crime in progress, and provide surveillance or other intelligence to members in advance of a criminal act.  Based on my experience and training, such messages can still exist in Facebook's files even after such conversations or messages are deleted by the account holder.

31.    To help recruit additional members and to enhance the reputation of the criminal organization embodied by the gang, the Bloods post rap videos and photographs extolling the benefits of the Bloods' criminal activities and propensity for violence. Many of the videos include lyrics discussing criminal acts while showing gang members with large amounts of cash, standing by or driving "expensive" vehicles, and wearing "expensive" jewelry.

32.    Based on my training and experience, and that of other law enforcement officers with training and experience in the investigation of violent gangs, your affiant knows that even with a lengthy passage of time or deletion of information from the publically accessible website by the user, Facebook stores the account holder's communications, including but not limited to, private messages, status updates, links to videos, photographs, notes, wall postings, friend lists, subscriber's full name, birth date, address, telephone numbers, contact e-mail addresses, screen names/profiles, account/user identification numbers, duration of account, and other personal identifiers going back multiple years.  This nonpublic information stored by Facebook relating to the below Facebook account is likely to be of significant evidentiary value.

█████████████████████

33.    In the course of investigating the Roanoke Bloods membership and activities, as well as various murders and violent crimes in the Roanoke area, the FBI and Roanoke City Police

Department have identified a number of suspected Blood members and associates. One of these individuals is ███████████████. Based upon his display of gang signs and/or symbols and his association with known gang members, ████████ is a suspected member of the following sets: 17th Street and Melrose. ████████ is a known associate of fellow Blood members ████████████████████████████████████████, and ████████.

34.      ████████ has a criminal history of narcotics law violations. In October 2017 he was convicted of misdemeanor Possession of Marijuana and was again convicted of the same offense in March 2018. On ████████ 2018 ████████ was charged with one count of Felony Possession of Cocaine with the Intent to Distribute and one count of Felony Possession of Schedule I or II controlled substance (Methamphetamine). On ████████ 2018 he was convicted of two counts of Felony Possession of Schedule I or II controlled substance as it relates to those March 2018 offenses. On ████████, 2018 ████████ was charged with Felony Possession of a Schedule I or II Controlled Substance with the Intent to Distribute but was convicted of misdemeanor Possession of Drug Paraphernalia in November 2018. On ████████, 2019 ████████ was charged with Felony Possession of a Schedule I or II Controlled Substance but was convicted of misdemeanor Possession of Drug Paraphernalia in April 2019. On , ████████, 2019 ████████ was charged with Felony Possession of a Schedule I or II Controlled Substance but was convicted of misdemeanor Possession of Drug Paraphernalia in September 2019.

35.      ████████ is also a suspect in multiple shootings in the Roanoke City area including a potential Hobbs Act Robbery that resulted in the death of ████████ in 2017. While ████████ is not believed to have fired the fatal shot that killed ████, he is believed to have been present and to have discharged a firearm at ████ vehicle. In an unrelated matter, on

14

██████, 2019 ███████ was charged in Roanoke City with Possession of a Firearm by Felon. A review of the online court record indicates that his case is set for trial on ███████, 2020.

36.    ███████ Facebook account is **Facebook User ID 100013758183556,** Facebook url www.facebook.com/██████, and profile name "█████████" In particular, a review of ██████ account shows it has contained the following public content relevant to his gang membership:



a.  On July 6, 2019 ██████ posted a picture of himself displaying a gang hand sign with the caption "Racks in My Pocket Lean Wit It Rock Wit It (with assorted emojis)." "Racks" is a phrase referring to money.

b.  On July 12, 2019 ██████ posted a picture displaying a Melrose gang hand sign.

c.  On September 29, 2019 ████████ posted a picture of other Blood members, to include ███████████████████ ████████████████████, where ███████ and ██████ are displaying gang hand signs.  The post has the caption "Nlmb (SOS emoji)." In this context the letters NLMB likely stand for "never leave my brothers."

d.  On October 1, 2019 ████████ posted "1 Thing You Gotta Know If You Moving In These Streets. Is If You Live By The Gun You Definitely Gne Die By It #RealityFacts."

e.  On October 28, 2019 ██████ posted "I NEVER In My Years Heard A Opp Say Fuck Melrose, (rose emoji and gorilla emoji) And Nothing Happened to Em (feet emoji) When A Nigga Say Fuck The Otherside They

Not Talking About My Hood (Melrose) So Stop Coming To Me Wit That Shit. Tell Them Pussy Boys Put A Name On It (face emoji) #StepAboutMines 1700 (SOS emoji) QG Shit." The rose emoji—a small digital image or icon used to express a variety of things including emotions, places, common objects, etc.—is a symbol used to represent the Blood set Melrose.

f.  On December 4, 2019 ▮▮▮▮▮▮ posted a picture of himself smoking an unknown substance with the caption "Don't Need A Jury Fuck The Law Only God Can Judge Me" followed by emojis.

g.  On December 5, 2019 ▮▮▮▮▮▮ posted several pictures which contained of stacks of cash with the caption "Stg 100."

h.  On December 6, 2019 ▮▮▮▮▮▮ posted a photograph of himself holding a gallon size clear plastic baggie containing a green plant like material with the caption "We Just Smoked A Opp What You On You know Wht I'm On. #FreeGang."

i.  On January 3, 2020 ▮▮▮▮▮▮ posted a picture of himself with the caption "MELROSE."

37.  On July 30, 2019 ▮▮▮▮▮▮, a known Blood associate, posted a live video at an apartment complex in Roanoke on his ▮▮▮▮▮▮ Facebook account. ▮▮▮▮▮▮ and another known Blood member ▮▮▮▮▮▮, appear in the video. ▮▮▮▮▮▮ states "Disrespect you'll get popped!" and "Pop out gang." A male subject in the group is holding what appears to be a Glock handgun with an extended magazine. ▮▮▮▮▮▮ speaks about the Glock and also "Gang shit." In September 2019 ▮▮▮▮▮▮ was arrested, and then federally

16

charged, for possessing a firearm as a convicted felon. That incident, which was caught on video, involved ▮▮▮▮▮ drawing a pistol and firing at the driver of a parked vehicle. Prior to the shooting ▮▮▮▮▮ can be seen at the location with other Blood members.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

38.  I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

39.  Based on the foregoing information, your affiant submits that probable cause exists that the individual listed above has been engaging in activity that violates Title 18, United States Code, Section 1962; Title 18, United States Code, Section 1959; Title 18, United States Code Sections 922 and 924; and Title 21, United States Code, Sections 846 and 841. I believe that the Facebook records being sought for the listed individual contain evidence of the criminal enterprise, as well as direct evidence of various federal crimes.

40.  Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Facebook

41.  This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) &

17

(c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction

over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## REQUEST FOR SEALING

42.  I further request that the Court order that all papers in support of this application,

including the affidavit and search warrant, be sealed until further order of the Court.  These

documents discuss an ongoing criminal investigation that is neither public nor known to all of

the targets of the investigation.  Accordingly, there is good cause to seal these documents

because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Shawn O. Cox
Special Agent
Federal Bureau of Investigation

Sworn and attested to telephonically.

Subscribed and sworn to before me on the _26th_ day of February 2020.

*Robert S. Ballou*

HONORABLE  ROBERT S. BALLOU
UNITED STATES MAGISTRATE JUDGE

18

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with Facebook user ID:

**100013758183556,** that is stored at premises owned, maintained, controlled, or operated by

Facebook Inc., a company headquartered in Menlo Park, California.

1

## ATTACHMENT B

### Particular Things to be Seized

**I.   Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, e-mails, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)   All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  If any of the aforementioned Facebook pages are group accounts, all of the following information is requested: group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator/s of the group and a PDF of the current status of the group profile page.

(b)   All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)   All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable

Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)     All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)     All information about the Facebook pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook searches performed by the account;

3

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service utilized by the user;

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(q)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

4

access, use, and events relating to the crimes under investigation and to the Facebook account owner;

f.  Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

g.  The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

h.  The identity of the person(s) who communicated with the user ID about matters relating to violations of Title 18, United States Code, § 1962 (Racketeering Influenced Corrupt Organizations Act); Title 18, United States Code, § 1959 (Violent Crimes in Aid of Racketeering); Title 18, United States Code, § 924(c) (Use of Firearm in Furtherance of a Crime of Violence), and Title 21 United States Code, Sections 846 and 841 (Conspiracy to and Distribution of Narcotics) including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

6

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, §§ 1961-1968 (Racketeering Influenced Corrupt Organizations Act), 18 United States Code, § 1959 (Violent Crimes in Aid of Racketeering), Title 18, United States Code, § 922(g) (Felon in Possession), Title 18, United States Code, § 924(c) (Use of Firearm in Furtherance of a Drug Trafficking Crime or Crime of Violence) and Title 21 United States Code, Sections 846 and 841 (Conspiracy to and Distribution of Narcotics) involving the account identified in Attachment A, including information pertaining to the following matters:

a.  Evidence relating to the structure, membership, scope, and operations of the Bloods criminal enterprise or the structure, membership, scope, and operations of a rival or competing gang;

b.  Evidence relating to the membership, association or affiliation with a RICO or VICAR enterprise including any and all criminal activity associated with such enterprise;

c.  Communications regarding threats, intimidation, tampering and violence with/against current and former members and associates of the Bloods or current and former members and associates of rival or competing gangs;

d.  Communications regarding threats, intimidation, tampering and violence with/against witnesses, and law enforcement, including any attempts to impede or obstruct justice;

e.  Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account

5